UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
POST INVESTMENTS, LTD.,

                      Plaintiff,

      - against -                               Index No. 16CV-1074 (PAE)

TD TRADING, LLC,
TRADESTREAM ANALYTICS, LTD.,           **AFFIDAVIT OF SERVICE**
TRADEDESK FINANCIAL GROUP, INC.,
DAVID SCHAMENS, *Individually and as Managing Director of TradeStream Analytics, LTD.,* and PILANA SCHAMENS, *Individually and as Managing Director of TradeDesk Financial Group, Inc.,*

                      Defendants.
---------------------------------------------------------------X

STATE OF NEW YORK    )
                                 )ss.:
COUNTY OF NEW YORK  )

      Marcos Coto-Batres, being duly sworn, deposes and says:

      I am not a party to this action and am over the age of eighteen (18) years and reside in the State of New York.

      On March 2, 2016, I served a true copy of the annexed **Summons and Complaint** in this matter by depositing a true copy thereof enclosed in Certified Mail postpaid wrapper, under the exclusive care and custody of the United States Postal Service, within New York State, addressed to the following at the last known address set forth after each name:

| | |
|---|---|
| TD Trading LLC<br>755 Secaucus Road, Cage 7165<br>Secaucus, NJ 07094<br>USPS Tracking No.: 7015 0640 0001 1625 7339 | TD Trading LLC<br>10130 Perimeter Parkway, Suite 200<br>Charlotte, NC 28210<br>USPS Tracking No.: 7015 0640 0001 1625 7056 |
| TD Trading LLC<br>83 Allen Street<br>New York, NY 10002<br>USPS Tracking No.: 7015 0640 0001 1625 7322 | TD Trading LLC, c/o Phillips Wiegand Jr.<br>Cayman Business Park, A7 – PO Box 10024<br>Grand Cayman, KY1-1001 Cayman Islands<br>USPS Tracking No.: RA604787607US |
| TradeStream Analytics LTD<br>Two Rector Street, 16th Floor<br>New York, NY 10006<br>USPS Tracking No.: 7015 0640 0001 1625 7315 | TradeStream Analytics LTD<br>14 Wall Street, 20th Floor<br>New York, NY 10005<br>USPS Tracking No.: 7015 0640 0001 1625 7346 |

| | |
|---|---|
| Tradedesk Financial Group, Inc.<br>PO Box 201<br>Advance, NC 27006<br>USPS Tracking No.: 7015 0640 0001 1625 7360 | Tradedesk Financial Group, Inc.<br>Two Rector Street, 16th Floor<br>New York, NY 10006<br>USPS Tracking No.: 7015 0640 0001 1625 7353 |
| Tradedesk Financial Group, Inc.<br>10130 Perimeter Parkway, Suite 200<br>Charlotte, NC 28216<br>USPS Tracking No.: 7015 0640 0001 1625 7285 | Tradedesk Financial Group, Inc.<br>600 Fairview Road, Suite 1200<br>Charlotte, NC 28210<br>USPS Tracking No.: 7015 0640 0001 1625 7308 |
| Tradedesk Financial Group, Inc.<br>14 Wall Street, 20th Floor<br>New York, NY 10005<br>USPS Tracking No.: 7015 0640 0001 1625 7292 | David Schamens<br>138 Arnold Palmer Drive<br>Advance, NC 27006<br>USPS Tracking No.: 7006 0100 0004 3576 1691 |
| David Schamens<br>14 Wall Street, 20th Floor<br>New York, NY 10005<br>USPS Tracking No.: 7006 0100 0004 3576 1646 | David Schamens<br>Two Rector Street, 16th Floor<br>New York, NY 10006<br>USPS Tracking No.: 7006 0100 0004 3576 1653 |
| Pilana Schamens<br>138 Arnold Palmer Drive<br>Advance, NC 27006<br>USPS Tracking No.: 7006 0100 0004 3576 1707 | Pilana Schamens<br>Two Rector Street, 16th Floor<br>New York, NY 10006<br>USPS Tracking No.: 7006 0100 0004 3576 1660 |
| Pilana Schamens<br>14 Wall Street, 20th Floor<br>New York, NY 10005<br>USPS Tracking No.: 7006 0100 0004 3576 1677 | |

Dated: March 3, 2016
      New York, New York

*/s/ Marcos Coto-Batres*
Marcos Coto-Batres

Sworn to before me this 3rd
day of March 2016.

_____
NOTARY PUBLIC

JERALD TENENBAUM
Notary Public, State of New York
No. 02TE6261652
Qualified in New York County
Commission Expires May 14, 2016